**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA OCASIO,<br><br>             Plaintiff,<br><br>v.<br><br>WALMART INC. AND DOES 1 TO 50, Inclusive,<br><br>             Defendants. | CASE  2:20-cv-10294 ODW(AFMx)<br><br>**ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**<br><br>Courtroom:         5D<br>District Judge:    Otis D. wright, II<br>Magistrate Judge: Alexander F. McKinnon<br>Complaint Filed: June 16, 2020<br>Trial Date: |

Upon consideration of Plaintiff MARIA OCASIO and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be remanded to the Superior Court of State of California, County of Ventura.

2. Plaintiff shall waive the right to costs incurred to bring forth the Motion to Remand in exchange for the Parties' stipulation to remand to State Court.

Dated: November 19, 2020  _____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE